AAO 91 (Rev. 5/95) Criminal Complaint

---

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

**UNITED STATES OF AMERICA**

**V**

**GARCIA, MARIA**
A205 477 953

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:12-**PO 111**

I, the undersigned being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __6/24/2012__ in __Cameron__ County, in the __SOUTHERN__ District of __TEXAS__ defendant, an alien did,

knowingly, willfully and in violation of law attempted to gain illegal entry into the United States by willful concealment of a material fact, and in furtherance of such violation presented a Laser Visa Border Crossing Card,

in violation of Title __8__ United States Code, Section(s) __1325 (a)(3)__.

I further state that I am a __Customs and Border Protection Officer__ and that this complaint is based on the following facts:

The defendant attempted to gain illegal entry into the United States thru the Brownsville Matamoros International Bridge in Brownsville, Texas. The defendant presented a laser visa border crossing card bearing the name of SILVIA GUADALUPE GUERRA VELAZQUEZ and further claimed to be said person to a U.S. Customs and Border Protection Officer. In Customs and Border Protection secondary it was determined that the defendant is not the rightful owner of the document presented. Furthermore she was determined to be a citizen and national of Mexico with no legal status to enter or be in the United States.

**Continued on the attached sheet and made a part hereof:   ___Yes   X No**

/s/
**IVAN E LEIJA CBPEO**
Signature of Complainant

**Sworn to before me and subscribed in my presence,**
**June 25, 2012**                                                   at        **BROWNSVILLE, TEXAS**
Date                                                                          City and State

/s/
**FELIX RECIO U.S. MAGISTRATE JUDGE**
Name & Title of Judicial Officer                                Signature of Judicial Officer