UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA

                        Plaintiff

v.                                            Case No.: 1:12–po–00111
                                            Magistrate Judge Felix Recio

Maria Garcia

                        Defendant

---

**JUDGMENT**

On **6/25/12** the above named defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of attempting to enter the United States illegally, in violation of 8 U.S.C. §1325(a)(3), as charged in the Complaint; and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to time served.

A $10.00 special assessment is imposed.

DONE at Brownsville, Texas, on **6/25/12**.

_____
Felix Recio
United States Magistrate Judge